■ MAPAMA CORP., Appellant, v JAY NADELSON et al., Respondents.—Order, Supreme Court, New York County (David Edwards, Jr., J.), entered June 10, 1988, which granted defendants' motion to dismiss the complaint, unanimously affirmed, without costs.

Plaintiff, owner of an interim multiple dwelling, failed to allege compliance with the owner obligations of the Loft Law, as is required in an action to recover rent *(Matter of Blackgold Realty Corp. v Milne,* 69 NY2d 719; Multiple Dwelling Law § 285 [1]). The complaint was therefore subject to attack by CPLR 3211 (a) motion. Even assuming the taking of all reasonable and necessary action by landlord to attain the standards of Multiple Dwelling Law § 284 would be sufficient compliance, plaintiff's evidentiary showing in opposition to the motion, attempting to cure its pleading omission, fails to make such a demonstration. Thus, it was plain it did not plead a cause of action *(Rovello v Orofino Realty Co.,* 40 NY2d 633, 636; *Guggenheimer v Ginzburg,* 43 NY2d 268, 275). Concur— Murphy, P. J., Ross, Ellerin, Smith and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KEVIN TOWNSEND, Appellant.—Judgment, Supreme Court, Bronx County (David Levy, J.), rendered on March 11, 1983, convicting defendant, upon his plea of guilty, of robbery in the first degree (two counts) and sentencing defendant to two concurrent terms of imprisonment of from 3 to 9 years to run concurrently with a previously imposed sentence, is unanimously affirmed.

We are unpersuaded that the sentence imposed was unduly harsh or severe. Taking into account, "among other things, the crime charged, the particular circumstances of the individual before the court and the purpose of a penal sanction", we perceive no abuse of discretion warranting a reduction in sentence *(People v Farrar,* 52 NY2d 302, 305).

Further, defendant was sentenced in accordance with his plea bargain and defendant should be bound by its terms *(People v Felman,* 141 AD2d 889, 890, *lv denied* 72 NY2d 918). Concur—Murphy, P. J., Ross, Ellerin, Smith and Rubin, JJ.